IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY |
| **PAUL ELBERT TURNER** | ) | CASE NO. 10-71828 |
| **KRISTINA DIANE TURNER** | ) | |
| Debtor(s) | ) | Chapter 13 Proceeding |

**NOTICE OF DEBTOR'S MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION**

**PAUL ELBERT TURNER & KRISTINA DIANE TURNER**, DEBTORS IN THE ABOVE-STYLED BANKRUPTCY MATTER, HAVE FILED PAPERS WITH THE COURT TO MODIFY THEIR PLAN.

**YOUR RIGHTS MAY BE AFFECTED**. YOU SHOULD READ THESE PAPERS CAREFULLY AND DISCUSS THEM WITH YOUR ATTORNEY. IF YOU HAVE ONE IN THIS BANKRUPTCY CASE (IF YOU DO NOT HAVE AN ATTORNEY, YOU MAY WISH TO CONSULT ONE.)

IF YOU DO NOT WANT THE COURT TO MODIFY THE PLAN, OR IF YOU WANT THE COURT TO CONSIDER YOUR VIEWS ON THE DEBTOR'S MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION, THEN YOU OR YOUR ATTORNEY MUST FILE WITH THE COURT A WRITTEN REQUEST FOR A HEARING ON OR BEFORE TWENTY (20) DAYS FROM THE DATE OF THE ISSUANCE OF THIS NOTICE.

IF YOU MAIL YOUR REQUEST TO THE COURT FOR FILING, YOU MUST MAIL IT EARLY ENOUGH SO THE COURT WILL RECEIVE IT ON OR BEFORE THE DATE STATED ABOVE. THE COURT'S ADDRESS IS **UNITED STATES BANKRUPTCY COURT, P.O. BOX 2147, COLUMBUS, GEORGIA 31902-2147, (706) 649-7837.**

ANY REQUEST FOR A HEARING MUST ALSO BE MAILED TO THE MOVING PARTY AND UPON ALL OTHER PERSONS INDICATED ON THE CERTIFICATE OF SERVICE ATTACHED TO THIS PLEADING.

IF YOU OR YOUR ATTORNEY DO NOT TAKE THESE STEPS, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY ENTER AN ORDER GRANTING THAT RELIEF.

**PLEASE TAKE NOTICE THAT A CONFIRMATION HEARING HAS BEEN SCHEDULED FOR FEBRUARY 22, 2011 AT 12:00 PM IN THE U. S. COURTHOUSE AND, POST OFFICE FEDERAL BUILDING, NORTH PATTERSON STREET, VALDOSTA, GA 31601.**

This 26th day of January, 2011.

/s/ Jack W. Carter
Jack W. Carter
Attorney for Debtor

Jack W. Carter
Attorney at Law
P.O. Box 381
309 North Parrish Avenue
Adel, GA 31620
(229)896-4513
Georgia State Bar # 114300

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY |
| **PAUL ELBERT TURNER** | ) | CASE NO. 10-71828 |
| **KRISTINA DIANE TURNER** | ) | |
| Debtor(s) | ) | Chapter 13 Proceeding |

## MOTION FOR MODIFICATION OF PLAN BEFORE CONFIRMATION

The debtor, under the authority of Section 1323 of the Bankruptcy Code, files this Motion for Modification of Plan before Confirmation and respectfully shows:

1.

Debtors withdraws their Chapter 13 Plan heretofore filed and substitutes in lieu thereof a new plan. A copy of the proposed plan is attached hereto, and debtors propose to modify plan as shown.

2.

After notice and opportunity for objections, the plan as modified should become the debtor's plan.

WHEREFORE, the debtors pray that his Motion for Modification of Plan before Confirmation be Approved.

_____
Jack W. Carter, Attorney for Debtor
Georgia Bar No. 114300

Jack W. Carter, Attorney at Law, P.C.
309 N. Parrish Ave
PO Box 381
Adel, GA 31620
(229)896-4513

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA

IN RE: **Paul Elbert Turner**
      **Kristina Diane Turner**  :  CHAPTER 13
      Debtor(s)  :  CASE NO. 10-71828

## MODIFIED CHAPTER 13 PLAN

1. The future earnings of the debtor(s) are submitted to the supervision and control of the trustee and the debtor(s) (or the debtor'(s) (s') employer) shall pay to the trustee the sum of **$1391.00** **Monthly**.

2. From the payments so received, the trustee shall make disbursements as follows:

   (a) The Trustee percentage fee as set by the United States Trustee.

   (b) The monthly payments will be made on the following long-term debts: (Payments which come due after the filing of the petition but before the month of the first payment designated here will be added to the pre-petition arrearage claim.)

| NAME OF CREDITOR | PAYMENT AMOUNT | MONTH OF FIRST PAYMENT UNDER PLAN |
|---|---|---|
| Litton Loan Servicing | $788.88 | January |

   (c) Pre-confirmation adequate protection payments will be made to the following secured creditors and holders of executory contracts after the filing of a proof of claim by the creditor. These payments will be applied to reduce the principle of the claim.

| NAME OF CREDITOR | ADEQUATE PROTECTION AMOUNT |
|---|---|
| First Franklin | $23.95 |
| Citifinancial | $48.17 |
| Farmers Furniture | $27.65 |
| Badcock | $23.95 |
| Helzberg's Diamond | $18.48 |
| Military Star | $4.29 |

   (d) Attorney fees ordered pursuant to 11 U.S.C. §507(a)(2) of **$2,480.00** to be paid per Distribution Schedule on the Administrative Order on the Attorney fees dated August 1, 2006.

   (e) After confirmation of plan, the secured creditors with allowed claims will be paid as follows:

| NAME OF CREDITOR | AMOUNT DUE | VALUE | INT. | COLLATERAL | TO BE PAID |
|---|---|---|---|---|---|
| First Franklin Financial | $2,395.43 | Debt | 8% | 1998 Ford F150 | $50.65 |
| Citifinancial | $4,817.00 | Debt | 8% | 2003 Chevy Cavalier | $101.86 |
| Farmer's Furniture | $2,765.32 | Debt | 8% | Furniture | $58.47 |
| HSBC Badcock | $2,394.96 | Debt | 8% | Furniture | $50.64 |
| HSBC Helzberg's Diamond | $1,848.0 | Debt | 8% | Wedding Rings | $39.08 |
| Litton Loan Servicing L.P. ( Arrears) | $3,622.08 | Debt | 0% | Mortgage on home Located at 112 Carolina St. | $63.55 |
| Military Star | $429.00 | Debt | 8% | 32" LCD TV | $9.07 |

   (f) The following collateral is surrendered to the creditor:

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|
| NONE | |

   (g) The following domestic support obligation will be paid over the life of the plan as follows: (These payments will/will not be made simultaneously with payment of the secured debt and will/will not include interest at the rate of ____%. Interest can only be included if the plan is proposing to pay all claims in full.)

| NAME OF CREDITOR | DESCRIPTION OF COLLATERAL |
|---|---|

   (h) The following unsecured claims are classified to be paid at 100%. These payments will/will not be made simultaneously with payment of the secured debt:

| NAME OF CREDITOR | AMOUNT OF CLAIM | AMOUNT OF MONTHLY PAYMENT |
|---|---|---|
| Georgia Student Financial | $1500.00 | $26.32 |
| US Department of Education | $43,790.00 (Payment Deferred) | No Payments to be made |

(i) All other 11 U.S.C. §507 priority claims unless already listed under 2(g), will be paid in full over the life of the plan as funds become available in the order specified by law.

(j) The debtor(s) will be the disbursing agent on the following debts:

| NAME OF CREDITOR | AMOUNT OF MONTHLY PAYMENT |
|---|---|
| Ocwen Loan Servicing Second Mortgage on home located at 112 Carolina St. Adel, GA. 31620 | $150.00 |

(k) Special provisions:

(1) Upon discharge, all non-purchase money, non-possessory and/or judicial/statutory liens in favor of the following creditors will be avoided pursuant to 11 U.S.C. §522(f): **Beneficial**

(2) All secured creditors holding documents evidencing a lien upon the property of the debtor shall cause said lien to be canceled and return said documents, including titles to motor vehicles and including titles to all property, to the debtor with said lien canceled upon payment of the secured portion of the debt pursuant to this plan. **First Franklin, Citifinancial**

(3) Within Thirty (30) days of completion of payments and discharge of the secured claim(s) in item 2 (e) above, said creditor whose claim is secured by a vehicle shall deliver the title to the vehicle to the debtor(s) with its lien released. **First Franklin, Citifinancial**

(4) Unless otherwise provided herein all property shall remain vested in the estate and shall not revest in the debtor upon confirmation.

(h) General unsecured creditors whose claim are duly proven and allowed will be paid as follows:

$126.45 will be assigned to costs and unclassified unsecured creditors.

$1,848.00 dividend will be paid to unclassified unsecured creditors at $32.42 a month due to expenses of Jewelry.

The term of the plan is approximately 4 years and 9 months.

Date: January 26, 2011

/s/ Paul Elbert Turner
PAUL ELBERT TURNER

/s/ Kristina Diane Turner
KRISTINA DIANE TURNER

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| In re: | ) | BANKRUPTCY |
| **PAUL ELBERT TURNER** | ) | CASE NO. 10-71828 |
| **KRISTINA DIANE TURNER** | ) | |
| Debtor(s) | ) | Chapter 13 Proceeding |

### CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this date served a true and correct copy of the within and foregoing copy of the Chapter 13 Plan upon the following parties:

Kristin Hurst
Office of the Chapter 13 Trustee
P.O. Box 1907
Columbus, GA. 31902

Paul Elbert Turner
Kristina Diane Turner

Creditors on the attached matrix.

This 26TH day of January, 2011.

/s/ Jack W. Carter
Jack W. Carter
Attorney for Debtor

Jack W. Carter
Attorney at Law, P.C.
PO Box 381
Adel, GA 31620
(229) 896-4513

Credit Matrix

1st Franklin Financi
409 East 4Th St
Adel, GA  31620

Beneficial/hfc
PO Box 3425
Buffalo, NY  14240

Capital One Bank Usa
PO Box 85015
Richmond, VA  23285-5075

Citifinancial
300 Saint Paul Place
Bsp13A
Baltimore, MD  21202

Farmers Furniture In
PO Box 1140
Dublin, GA  31040

Gemb/lowes
PO Box 981400
C811
El Paso, TX  79998

Georgia Student Fina
2082 E Exchange Place Ste 200
Tucker, GA  30084-5334

Hsbc Badcock
P O Box 703
Wood Dale, IL  60191

Hsbc Helzberg's Diamond
P.O. Box 5246
Carol Stream, IL  60197

Litton Mtg Service C
P.O. Box 25187
Houston, TX  77265

Litton Loan Servicing, L.P.
c/o McCalla Raymer, LLC
Bankruptcy Department
1544 Old Alabama Rd.
Roswell, GA  30076

Military Star
3911 S Walton Walker Blvd
Dallas, TX  75265-0410

Ocwen Loan Servicing
1661 Worthington Rd Suite 100
West Palm Beach, FL  33409

U S Department Of Ed
61 Forsythe St. SW
Suite 19T40
Atlanta, GA  30303

Wfnnb/victoria's Sec
PO Box 182128

Columbus, OH  43218-2128

Credit Matrix